THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MORAN, Appellant.

*People* v. *Moran*, 43 App. Div. 155, affirmed.
(Submitted January 22, 1900; decided February 6, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made July 24, 1899, affirming a judgment of the Court of General Sessions

of the Peace of the city and county of New York, convicting the defendant of the crime of grand larceny in the first degree.

*Rollin M. Morgan* for appellant.

*Alfred Lauterbach* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.